IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SORTIUMUSA, LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | No. 3:11-cv-1656-M |
| | § | |
| ERIC HUNGER, ET AL., | § | |
| | § | |
| Defendants. | § | |

## **ORDER**

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. Plaintiff filed objections on March 5, 2014, and the District Court has made a *de novo* review of those portions of the proposed Findings, Conclusions, and Recommendation to which objection was made. The objections are overruled, and the Court ACCEPTS the Findings, Conclusions and Recommendation of the United States Magistrate Judge.

Defendant Big Time's Motion for Rule 11 Sanctions [Dkt. No. 104] is DENIED for failure to abide by the safe-harbor provision of Federal Rule of Civil Procedure 11(c)(2). Defendants Eric Hunger and Chicago American Manufacturing, LLC's Motion for Sanctions [Dkt. No. 98] is DENIED on its merits.

SO ORDERED this 18th day of March, 2014.

_____
BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS