IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SORTIUMUSA, LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | No. 3:11-CV-1656-M |
| | § | |
| ERIC HUNGER, ET AL., | § | |
| | § | |
| Defendants. | § | |

# ORDER

The United States Magistrate Judge made Findings, Conclusions and a Recommendation in this case. No objections were filed. The District Court reviewed the proposed Findings, Conclusions and Recommendation for plain error. Finding none, the Court ACCEPTS the Findings, Conclusions and Recommendation of the United States Magistrate Judge.

Defendant Big Time Products, LLC's Amended Application for Costs, Including Attorneys' Fees [Dkt. No. 168] and Defendants Eric Hunger and Chicago American Manufacturing LLC's Application for Attorneys' Fees [Dkt. No. 169] are granted in part and denied in part as follows:

- Plaintiff SortiumUSA, LLC is ordered to pay Eric Hunger and Chicago American Manufacturing, LLC, as an award of their reasonable attorneys' fees, $3,038.75 for fees billed by attorneys Richard M. Hoffman and Matthew Szwajkowski and $3,536.00 for fees billed by attorney Gary Gillen, for a total award of attorneys' fees to Eric Hunger and Chicago American Manufacturing, LLC of $6,574.75.

- Plaintiff SortiumUSA, LLC is ordered to pay Big Time Products, LLC, as an award of its reasonable attorneys' fees, $79,385.50 for fees billed by attorneys Gregory J. Digel and Paul Vranicar and $53,225.00 for fees billed by attorney Peter L. Loh and paralegal Nita Overton, for a total award of attorneys' fees to Big Time Products, LLC of $132,610.50.
- All other requests for attorneys' fees and costs are denied.

SO ORDERED this 14th day of January, 2015.

_[signature]_
BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE
**NORTHERN DISTRICT OF TEXAS**